UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
DENNIS MAURER, Individually,

    Plaintiffs,

vs.

SAUL HOLDINGS LIMITED PARTNERSHIP,
a foreign limited partnership,

    Defendant.
_____/

Case No. 1:16-CV-06112-JHR-AMD

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiffs, The Independence Project, Inc., a New Jersey Non-Profit Corporation and Dennis Maurer, Individually, by and through their undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1.    The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice, or, on good cause shown, to re-open the case for further proceedings.

The Independence Project, Inc., et al. v.
Saul Holdings Limited Partnership
Case No: 1:16-CV-06112-JHR-AMD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **14th** day of **June, 2017**, a true and correct copy of the foregoing was electronically filed with the Court using the Court's CM/ECF System which will send a Notice of Electronic Filing to Attorney's for the Defendant, Rob Duston, Esq., rduston@saul.com, Saul Ewing, L.L.P., 2600 Virginia Avenue, N.W., Suite 1000, Washington, DC 20037.

Respectfully Submitted,

**/s/Keith Harris**
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 West Mount Pleasant Avenue, Suite 200
Livingston, NJ 07039
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*