UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
DENNIS MAURER, Individually,

    Plaintiffs,

vs.

SAUL HOLDINGS LIMITED PARTNERSHIP,
a foreign limited partnership,

    Defendant.
_____/

Case No. 1:16-CV-06112-JHR-AMD

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

| | |
|---|---|
| __s/Keith Harris__ | __s/Jessica Meller__ |
| Keith Harris, Esq. (KH4604) | Jessica Meller, Esq. |
| Braff, Harris, Sukoneck & Maloof | Saul Ewing, LLP |
| 570 W. Mount Pleasant Avenue, Suite 200 | 1500 Market Street |
| Livingston, NJ 07039 | Center Square West, Floor 38 |
| Telephone: (973) 994-6677 | Philadelphia, PA 19102-1987 |
| Facsimile: (973) 994-1296 | Telephone: (215) 972-1987 |
| kharris@bhsm-law.com | Facsimile: (215) 972-4168 |
| and | jmeller@saul.com |
| John P. Fuller, Esq., *pro hac vice* | and |
| Fuller, Fuller & Associates, P.A. | Robert L. Duston, Esq. |
| 12000 Biscayne Boulevard, Suite 502 | Saul Ewing, LLP |
| North Miami, FL 33181 | 2600 Virginia Avenue. NW, Suite 1000 |
| Telephone: (305) 891-5199 | Washington, DC 20037 |
| Facsimile: (305) 893-9505 | Telephone: (202) 333-8800 |
| jpf@fullerfuller.com | Facsimile: (202) 337-6065 |
| *Attorneys for Plaintiff* | rduston@saul.com |
| | *Attorneys for Defendant* |
| Date: __8/30/17__ | Date: __8/30/17__ |