UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
DENNIS MAURER, Individually,

        Plaintiffs,

vs.                                                              Case No. 1:16-CV-06112-JHR-AMD

SAUL HOLDINGS LIMITED PARTNERSHIP,
a foreign limited partnership,

        Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at _____, _____, this 6th day of Sept., 2017.

_____
Joseph H. Rodriguez
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

THE INDEPENDENCE PROJECT, INC., a
New Jersey Non-Profit Corporation, and
DENNIS MAURER, Individually,

    Plaintiffs,

vs.

Case No. 1:16-CV-06112-JHR-AMD

SAUL HOLDINGS LIMITED PARTNERSHIP,
a foreign limited partnership,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully Submitted,

| s/Keith Harris | s/Jessica Meller |
|---|---|
| Keith Harris, Esq. (KH4604) | Jessica Meller, Esq. |
| Braff, Harris, Sukoneck & Maloof | Saul Ewing, LLP |
| 570 W. Mount Pleasant Avenue, Suite 200 | 1500 Market Street |
| Livingston, NJ 07039 | Center Square West, Floor 38 |
| Telephone: (973) 994-6677 | Philadelphia, PA 19102-1987 |
| Facsimile: (973) 994-1296 | Telephone: (215) 972-1987 |
| kharris@bhsm-law.com | Facsimile: (215) 972-4168 |
| and | jmeller@saul.com |
| John P. Fuller, Esq., *pro hac vice* | and |
| Fuller, Fuller & Associates, P.A. | Robert L. Duston, Esq. |
| 12000 Biscayne Boulevard, Suite 502 | Saul Ewing, LLP |
| North Miami, FL 33181 | 2600 Virginia Avenue. NW, Suite 1000 |
| Telephone: (305) 891-5199 | Washington, DC 20037 |
| Facsimile: (305) 893-9505 | Telephone: (202) 333-8800 |
| jpf@fullerfuller.com | Facsimile: (202) 337-6065 |
| *Attorneys for Plaintiff* | rduston@saul.com |
| | *Attorneys for Defendant* |

Date: 8/30/17                          Date: 8/30/17